# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2843

_____

United States of America

*Plaintiff - Appellee*

v.

Andre L. Curry

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: January 28, 2025
Filed: January 31, 2025
[Unpublished]

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Andre Curry appeals the sentence imposed by district court[1] after he pled guilty to drug and firearm charges, pursuant to a written plea agreement containing an

_____

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.

appeal waiver. His counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (the validity and applicability of an appeal waiver are reviewed de novo); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and waiver, and enforcing the waiver would not result in a miscarriage of justice).

We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw and dismiss the appeal.

_____